# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-3207
_____

In re: Turner Grain Merchandising, Inc.

*Debtor*

------------------------------

Oakley Grain, Inc.; Bruce Oakley, Inc.

*Appellants*

v.

M. Randy Rice; Travis Mears; Scott Mears; Travis Mears Farms, Inc.; Scott Mears Farms, Inc., doing business as Mears Brothers Farms; Turner Grain Merchandising, Inc.

*Appellees*

Agri-Petroleum Sales LLC; Agribusiness Properties LLC; Stanley Bartlett, doing business as Greenleaf Farms; Bell-Mo Seed; Benny Bollinger; Brinkley Truck Brokerage LLC; D. Faris Buchberger; CC&B Farms; Chris Zepponi Triple C Farms; Commodity Credit Corporation; Delta Grain Marketing Inc.; Does; Randle Foran, doing business as Foran Farming; Gavilon Grain LLC; Grace AG Partnership; Gracewood Farms; Lance Gray, doing business as High Roads Farms; Harper Ross Farms; Ivory Rice LLC; Martin Walker Reality Partnership; Neauman Coleman & Co LLC; Doug O'Neal; Josh Oakes; Rabo AgriFinance; Rice America, Inc.; Rice Arkansas, Inc.; Harper Ross; Seepwater Farms; Clint Stephens; John Stephens; Phil Stephens; Shirley Crow Stephens; Gene Stock; Stokes Mayberry Gin Company, Inc.; Turner Commodities, Inc.; Turner North LLC; United States Department of Agriculture; United States of America; David Wilkinson, doing business as David and Lalain Wilkinson Farms; Donald

Wilkinson, doing business as Donald Wilkinson Farms; Donnie Wilkinson, doing business as Donnie and Teresa Wilkinson Farms; Keith Wilkinson, doing business as Keith Wilkinson Farms; Roger Wilkinson, doing business as Roger Wilkinson Farms

Mark Randy Rice

*Trustee*

————————

Appeal from United States District Court
for the Eastern District of Arkansas - Delta

————————

Submitted: May 4, 2021
Filed: May 20, 2021
[Unpublished]

————————

Before SHEPHERD, GRASZ, and KOBES, Circuit Judges.

————————

PER CURIAM.

Oakley Grain, Inc. and its parent corporation Bruce Oakley, Inc. appeal the district court's[1] order affirming the bankruptcy court's orders in two related adversary proceedings. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. See Wilton v. Seven Falls Co., 515 U.S. 277, 289-90 (1995) (trial courts' decisions about propriety of hearing declaratory judgment actions are reviewed for abuse of discretion); Sears v. Sears, 863 F.3d 980, 983 (8th Cir. 2017) (bankruptcy court's conclusions of law are reviewed de novo); Moratzka v. Morris (In re Senior Cottages of Am., LLC), 482 F.3d 997, 1001 (8th Cir. 2007)

———————————

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

-2-

(denial of leave to amend is reviewed for abuse of discretion; determination that amendment would be futile is reviewed de novo); <u>United States v. Metro. St. Louis Sewer Dist.</u>, 440 F.3d 930, 933-35 (8th Cir. 2006) (denial of Fed. R. Civ. P. 59(e) and 60(b) motions is reviewed for abuse of discretion).

The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____